## Ellis *et al* v. Ellis.

*Bill in Equity to Enjoin Action of Ejectment.*

1. *Sale of lands by administrator; ejectment by heir.*—Where an administrator sells lands of his intestate under a void order of the Probate Court, and the purchase-money is paid to and used by the administrator in paying debts of the estate, and the balance thereof is turned over to the guardian of the minor heirs of the intestate and applied to their benefit, such minor heirs, not having make or tendered restitution of the purchase-money, are estopped from asserting title to the prejudice of the purchaser or his privies; affirmed on authority of *Robertson v. Bradford,* 73 Ala. 116.

APPEAL from Pike Chancery Court.
Heard before Hon. JOHN A. FOSTER.

GARDNER & WILEY, for appellants.

PARKS & SON, *contra.*

STONE, C, J.—The decree of the chancellor is affirmed on the authority of *Robertson v. Bradford,* 73 Ala. 116.